DAVID J. GALLO *(California Bar No. 127722)*
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA  92014
Telephone: (858) 509-3652
Facsimile: (858) 509-3717
E-mail: djgsan@aol.com

Attorneys for all Plaintiffs in all cases

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:* <br><br> MICHAELS STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL Number: <br><br> **14-ml-2531 GW (AGRx)** |
| S. AL-SHATTI,<br>E. CALL,<br>J. FITCH,<br>P. LOYA,<br>M. MENLO,<br>K. PETERS,<br>A. POMPOSELLI,<br>J. RAYA,<br>P. ROBLES, and<br>A. RYLOV,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAELS STORES, INC., a Delaware corporation,<br><br>    Defendant. | Case Number:<br><br>**14-cv-00900 GW (AGRx)**<br><br>**STIPULATION TO DISMISS, WITH PREJUDICE, CLAIMS OF ALL REMAINING PLAINTIFFS IN CIVIL ACTION NO. 14-cv-00900 GW (AGRx)**<br><br>[*No hearing required*]<br><br>Judge:    HON. GEORGE H. WU |

**STIPULATION TO DISMISS, WITH PREJUDICE, CLAIMS OF ALL REMAINING PLAINTIFFS IN CIVIL ACTION NO. 14-cv-00900 GW (AGRx) – PAGE 1**

This Stipulation to Dismiss, With Prejudice, Claims of All Remaining Plaintiffs in Civil Action No. 14-cv-00900 GW (AGRx), is entered by and among Plaintiffs, S. Al-Shatti, E. Call, J. Fitch, M. Menlo, A. Pomposelli, J. Raya, and A. Rylov, on the one hand, and Defendant, Michaels Stores, Inc., on the other hand:

The parties to this Stipulation hereby stipulate and agree that, upon Court approval of this Stipulation, all claims asserted herein by Plaintiffs, S. Al-Shatti, E. Call, J. Fitch, M. Menlo, A. Pomposelli, J. Raya, and A. Rylov, shall be DISMISSED, WITH PREJUDICE.

Neither this Stipulation, nor any order approving same, shall in any manner impair, or otherwise affect, the claims asserted by Plaintiffs, M. Menlo and A. Pomposelli, under California's Labor Code Private Attorney General Act, Cal. Lab. Code, §§ 2698, *et seq.,* which have been specifically pleaded and are currently pending in the civil action styled, "Menlo v. Michaels Stores, Inc.", Case No. 37-2014-00013725-CU-OE-CTL, in the Superior Court of California for the County of San Diego.

Neither this Stipulation, nor any order approving same, shall in any manner impair, or otherwise affect, the claims of any of the remaining Plaintiffs in any of the other civil actions which have been coordinated for pretrial proceedings *sub nomine,* "*In re:* Michaels Stores, Inc., Wage and Hour Employment Practices Litigation", MDL 14-ml-2531 (AGRx).

///
///
///
///
///
///

**STIPULATION TO DISMISS, WITH PREJUDICE, CLAIMS OF ALL REMAINING PLAINTIFFS IN CIVIL ACTION NO. 14-cv-00900 GW (AGRx) – PAGE 2**

| | |
|---|---|
| Dated: 26 August 2015 | Respectfully submitted, |
| | DAVID J. GALLO<br>**LAW OFFICES OF DAVID J. GALLO**<br>12702 VIA CORTINA, SUITE 500<br>DEL MAR, CALIFORNIA 92014-3769<br>Telephone: (858) 509-3652 |
| | /s/ David J. Gallo<br>By: David J. Gallo,<br>California Bar No. 127722<br>as Attorneys for Plaintiffs, Plaintiffs, S. AL-SHATTI, E. CALL, J. FITCH, M. MENLO, A. POMPOSELLI, J. RAYA, and A. RYLOV |
| | CATHERINE A. CONWAY<br>JESSE A. CRIPPS<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000 |
| | /s/ Jesse A. Cripps<br>By: Jesse A. Cripps,<br>California Bar No. 222285<br>Attorneys for Defendant, MICHAELS STORES, INC., a Delaware corporation |

### ATTESTATION OF SIGNATURE

I, DAVID J. GALLO, hereby attest, pursuant to L.R. 5-4.3.4(a)(2)(i), that all other signatories listed hereon, and on whose behalf this filing is submitted, concur in this filing's content and have authorized the filing hereof.

/s/ David J. Gallo
DAVID J. GALLO

[STIP_DISMISS ALL.wpd]

**STIPULATION TO DISMISS, WITH PREJUDICE, CLAIMS OF ALL REMAINING PLAINTIFFS IN CIVIL ACTION NO. 14-cv-00900 GW (AGRx) – PAGE 3**

## CERTIFICATE OF ELECTRONIC SERVICE

I, DAVID J. GALLO, hereby certify that, upon electronic filing hereof, I have effected electronic service of the preceding document upon all parties who have appeared in the above-captioned civil action, in the manner authorized by L.R. 5-3.3.

/s/ David J. Gallo
DAVID J. GALLO

[STIP_DISMISS ALL.wpd]